UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                                       Case No. 17-cr-20389

        Plaintiff,

vs.                                  Hon. Robert H. Cleland

D-1 MARTY TUTT,

        Defendant.
_____/

GOVERNMENT'S RESPONSE TO DOC. #32: DEFENDANT'S
<u>MOTION FOR BILL OF REVIEW TO REVERSE TEXT-ONLY ORDER</u>

      THE UNITED STATES OF AMERICA, by undersigned counsel, respectfully requests that this Court deny Defendant Marty Tutt's [TUTT] Motion for Bill of Review to Reverse Text-Only Order (Doc.#32) because it is moot, as more fully explained below.

      After his sentence and while still represented by counsel, TUTT submitted to the Court, *pro se,* a pleading he entitled "Motion for Revocation Hearing to Redirect Sentencing." On September 20, 2018, this Court, *sua sponte,* struck that motion in a text-only order because "at the time of the filing[], Defendant was represented by counsel." Thereafter, counsel of record filed a sealed motion to withdraw which

this Court granted on October 23, 2018. (Doc.#29: Order Granting Motion to Withdraw). Because the motion stricken by the Court's September 20, 2018, Text-Only Order was re-filed following the withdrawal of counsel and is now pending, TUTT's Motion for Bill of Review to Reverse Text-Only Order is moot.

WHEREFORE, the government respectfully requests that this Court deny TUTT's Motion for Bill of Review to Reverse Text-Only Order (Doc. #32) as moot.

Respectfully submitted,

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

| s/Craig A. Weier | s/Sarah Resnick Cohen |
|---|---|
| Craig A. Weier (P33261- MI) | Sarah Resnick Cohen |
| 211 W. Fort Street, Suite 2001 | 211 W. Fort Street, Suite 2001 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| (313) 226-9678 | (313) 226-9637 |
| craig.weier@usdoj.gov | sarah.cohen@usdoj.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, November 07, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

N/A

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Marty Edward Tutt
Prisoner #55794-039
Satellite Prison Camp Hazelton
P.O. Box 2000
Bruceton Mills, WV  26525

                                            *s/Craig A. Weier*
                                            Craig A. Weier
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            Craig.Weier@usdoj.gov
                                            (313) 226-9678
                                            P33261